941 F.2d 1205
 Winterland Concessions Company, d/b/a Winterland
Productions, Brown (Albert J., III), professional known as
Al B. Sure!, Andre Harrell, Inc., Bell (Ricky), Bivens
(Michael), Devoe (Ronnie), Tresvant (Ralph), Gill (Johnny),
known as 'New Edition', Just Us, Inc.
v.
Graphic Textiles, Inc., Brown (Jack Raymond, Amelia R.),
Rancocas Wildlife, Inc., Perloff (Mr. Eugene
[Gene], Cynthia), Picolo (Mr. Tony),
Various John Does, Jane Does,
ABC Company
 NO. 90-5411
 United States Court of Appeals,
Third Circuit.
 JUL 03, 1991
 
 1
 Appeal From: D.N.J.
 
 
 2
 DISMISSED.